**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARC WATERMAN,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., NICOLE ANASENES, ANTHONY BATES, MARIANNE BROWN, MICHAEL BROWN, MICHAEL DELL, KENNETH DENMAN, EGON DURBAN, KAREN DYKSTRA, RAGHU RAGHURAM, and PAUL SAGAN,<br><br>Defendants. | ) | Case No. 1:22-cv-06533 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 7, 2022

**GRABAR LAW OFFICE**

By: /s/ Joshua H. Grabar

Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*